FORM C9B
1ECB911220 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

|  |  |
|---|---|
| TAMIKA HUGHES,<br><br>    PLAINTIFF<br>  – vs. –<br><br>THE CITY OF NEW YORK ET AL,<br><br>    DEFENDANT | Index No: **07 CIV 9677**<br>Date Filed: **10/31/2007**<br>Office No:<br>Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**NARCES WHITE** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **11/13/2007** at **3:09PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **THE CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **TAMEKIA MENDES GAMMON, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**     COLOR: **BLACK**     HAIR: **BLACK**
APP. AGE: **28**     APP. HT: **5'9**     APP. WT: **155**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **11/14/2007**

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

NARCES WHITE – 1270728
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG