UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAMIKA HUGHES,

                        Plaintiff,

              -against-

THE CITY OF NEW YORK, POLICE
OFFICER PATRICK RYAN, POLICE
OFFICER REBECCA
BUKOFZERTAVAREZ, JANE DOES #1-5,
AND JOHN DOES #1-5.

                        Defendants.
------------------------------------------------------------x

07 Civ. 9677

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Elizabeth Saylor (ESS8091) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiff in the above entitled action and requests that all papers filed through the ECF system be served upon her by e-mail.

Dated: New York, New York
       November 29, 2007

By: _____
Elizabeth Saylor (ESS8091)

EMERY CELLI BRINCKERHOFF &
ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000
*Attorney for Plaintiff*