UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAMIKA HUGHES,

                                                07 Civ. 9677

                      Plaintiff,

              -against-                              **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, POLICE
OFFICER PATRICK RYAN, POLICE
OFFICER REBECCA
BUKOFZERTAVAREZ, JANE DOES #1-5,
AND JOHN DOES #1-5.

                      Defendants.
------------------------------------------------------------x

        I, Kelly Stefanco, a legal assistant at Emery Celli Brinckerhoff & Abady LLP, hereby affirm under penalty of perjury that I am *not* a party to the action, am over the age of eighteen years old and reside in the County of New York, New York:

        On December 10, 2007, I caused to be served a true and accurate copy of the **Notice of Initial Pretrial Conference dated December 10, 2007 and the Individual Practices of Judge Cote**, by depositing the same in an official depository for the U.S. mail with appropriate postage to be served upon:

                                      Jordan M. Smith
                              Special Federal Litigation Division
                              City of New York Law Department
                                    100 Church Street
                                New York, New York 10007

                                                          */s/ Kelly Stefanco*
                                                          Kelly Stefanco

Sworn To Before Me This
10th Day of December, 2007

_____
        NOTARY PUBLIC

ELIZABETH SAYLOR
Notary Public, State of New York
No. 02SA6081608
Qualified in Kings County
Commission Expires Oct. 7, 20__