UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAMIKA HUGHES,

                                Plaintiff,

               -against-

THE CITY OF NEW YORK, POLICE
OFFICER PATRICK RYAN, POLICE
OFFICER REBECCA
BUKOFZERTAVAREZ, JANE DOES #1-5,
AND JOHN DOES #1-5.

                              Defendants.
------------------------------------------------------------x

07 Civ. 9677

**AFFIDAVIT OF SERVICE**

       I, Kelly Stefanco, a legal assistant at Emery Celli Brinckerhoff & Abady LLP, hereby affirm under penalty of perjury that I am *not* a party to the action, am over the age of eighteen years old and reside in the County of New York, New York:

       On February 1, 2008, I caused to be served a true and accurate copy of the **Notice of Initial Pretrial Conference dated December 10, 2007 and the Individual Practices of Judge Cote**, by Regular and Certified U.S. Mail upon:

                              PO Rebecca Bukofzertavarez
                                    32nd Precinct
                                 250 W. 135th Street
                                 New York, NY 10030

                                     PO Patrick Ryan
                                     44th Precinct
                                 2 East 169th Street
                                 Bronx, NY 10452

Date: February 5, 2008
New York, NY

                                                                         Kelly Stefanco

Sworn To Before Me This
5th Day of February, 2008

_____
NOTARY PUBLIC

JESSICA BUCHANAN
Notary Public, State of New York
No. 01BU6145255
Qualified in New York County
My Commission Expires 05/01/2010