UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
TAMIKA HUGHES,                            :
                    Plaintiff,            :   07 CIV. 9677 (DLC)
                                          :
          -v-                             :   PRETRIAL
                                          :   SCHEDULING ORDER
THE CITY OF NEW YORK, Police Officer      :
PATRICK RYAN, Police Officer REBECCA      :
BUKOFZERTAVAREZ, JANE DOES #1-5, and      :
JOHN DOES #1-5,                           :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 8, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 22, 2008.**

2. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **May 30, 2008** in order to pursue settlement discussions under his supervision.

3. All fact discovery must be completed by **July 25, 2008.**

4. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **August 22, 2008.** Defendants' identification of experts and disclosure of expert testimony must occur by **September 19, 2008.**

5. All expert discovery must be completed by **October 31, 2008.**

6. The Joint Pretrial Order must be filed by **November 21, 2008.**

1

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         February 15, 2008

                              _____
                                     DENISE COTE
                              United States District Judge