UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- -X

TAMIKA HUGHES,

                Plaintiff,

-v-

THE CITY OF NEW YORK, Police Officer PATRICK
RYAN, Police Officer REBECCA
BUKOFZERTAVAREZ, JANE DOES #1-5, and JOHN
DOES #1-5,

                Defendants,

-------------------------------------------------------------- -X

07 CIV. 9677 (DLC) (KNF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

X  Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:  New York, New York
          February 15, 2008

                                           DENISE COTE
                                     United States District Judge