UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TAMIKA HUGHES,

                                        Plaintiff,      **NOTICE OF APPEARANCE**

             -against-

THE CITY OF NEW YORK, POLICE OFFICER      07 Civ. 9677 (DLC)
PATRICK RYAN, POLICE OFFICER REBECCA
BUKOFZERTAVAREZ, JANE DOES #1-5 AND JOHN
DOES #1-5,

                                        Defendants.

------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendants City of New York, Police Officer Patrick Ryan and Police Officer Rebecca Bukofzer-Tavarez in this action, having replaced Assistant Corporation Counsel Jordan Smith, effective April 11, 2008.

Dated: New York, New York
       April 11, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                        of the City of New York
                                        Attorney for Defendants
                                        100 Church Street, Rm. 3-189
                                        New York, New York 10007
                                        (212) 788-0976

                           By:    _____
                                       Johana Castro (JC 1809)
                                       Assistant Corporation Counsel
                                       Special Federal Litigation Division

To:    Elizabeth Saylor, Esq. (by ECF)
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Earl Ward, Esq. (by ECF)
Rockefeller Plaza, 20th Floor
New York, NY 10019