

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007



JOHANA V. CASTRO
Assistant Corporation Counsel
phone: (212) 788-0976
fax: (212) 788-9776
email: jcastro@law.nyc.gov

April 21, 2008

**MEMO ENDORSED**

BY FAX
(212) 805-6712
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　Re:　Tamika Hughes v. City of New York, et al. 07-CV-9677 (DLC)(KNF)

Dear Magistrate Judge Fox:

　　　　I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced case. I am writing with the consent of plaintiff's counsel, Elizabeth Saylor, Esq., to respectfully request that the settlement conference scheduled for May 9, 2008 at 10:30 a.m. be adjourned until a later date convenient for the Court.[1] The reason for the request for the adjournment is that the undersigned is scheduled to commence trial in a matter entitled Denise Hill v. Detective Jennings, 05-CV-9473 (RMB), which pending in the Southern District of New York, beginning on May 5, 2008. No previous request for an adjournment of the settlement conference has been made.

　　　　The undersigned has conferred with plaintiff's counsel and the parties are available for a settlement conference the afternoon of May 13, 2008, anytime on May 14-15, 2008 and the morning of May 16, 2008.

4/22/08 Application granted. The settlement conference will be held on May 13, 2008, at 2:30 p.m.
　　　SO ORDERED:
　　　_____
　　　KEVIN NATHANIEL FOX, U.S.M.J.

---

[1] On April 15, 2008, the undersigned was informed by Your Honor's chambers that the Court wished to reschedule the conference to the morning of May 6, 2008.

For the foregoing reasons, defendants respectfully request that the Court adjourn the settlement conference currently scheduled for May 9, 2008 at 10:30 a.m. until a later date convenient for the Court.

Thank you for your consideration in this regard.

Respectfully submitted,

Johana Castro (JC 1809)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX
(212) 763-5001
Elizabeth S. Saylor, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

2