UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMIKA HUGHES,

                Plaintiff,

     -against-

THE CITY OF NEW YORK,
POLICE OFFICER PATRICK RYAN, POLICE
OFFICER REBECCA BUKOFZERTAVEREZ,
JANE DOES #1-#5, JOHN DOES #1-5,

              Defendants.
------------------------------------------------------------X

07 Civ. 9677 (DLC)

**NOTICE OF APPEARANCE**
ECF Case

     PLEASE TAKE NOTICE that Kennisha A. Austin (KA 1269) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiff in the above entitled action and demand that all papers filed through the ECF system be served upon her by e-mail at the office and post office address stated below.

Dated: New York, New York
       April 30, 2008

By: _____
Kennisha A. Austin (KA 1269)

EMERY CELLI BRINCKERHOFF
   & ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

*Attorneys for Plaintiff*