


THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

JOHANA V. CASTRO
Assistant Corporation Counsel
phone: (212) 788-0976
fax: (212) 788-9776
email: jcastro@law.nyc.gov

May 9, 2008

BY FAX
(212) 805-6712
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Tamika Hughes v. City of New York, et al. 07-CV-9677 (DLC)(KNF)

Dear Magistrate Judge Fox:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced case. I am writing to respectfully request that the settlement conference scheduled for May 13, 2008 at 2:30 p.m. be briefly adjourned for two weeks, on a date convenient for the Court. Plaintiff's attorney, Andrew Celli, Esq. does not consent to the adjournment because it is his position that the rules require the conference, it has previously been adjourned once before and he would like to go forward with the conference as scheduled. This is defendants' second request for an adjournment of the settlement conference.[1]

    The reason for this request is that plaintiff only recently provided this office with a settlement demand on May 5, 2008. The undersigned has since conveyed plaintiff's demand to the appropriate supervisors within the Office of the Corporation Counsel for the purpose of

---

[1] Defendants submit that the previous adjournment was because the Court requested that the settlement conference date be moved to May 6, 2008, which was a date the undersigned was scheduled to be on trial. Accordingly, the undersigned requested that the conference date be changed.

obtaining permission to seek settlement authority from the Comptroller's office. To ensure that I have settlement authority in advance of appearing before Your Honor, I am respectfully requesting that the settlement conference be adjourned to a later date.

For the foregoing reasons, defendants respectfully request that the Court adjourn the settlement conference currently scheduled for May 13, 2008 at 2:30 p.m. until a later date convenient for the Court.

Thank you for your consideration in this regard.

5/9/08
Application denied.
By May 13, 2008, more than one week will have elapsed since the plaintiff communicated her settlement demand to the defendants. That is more than a sufficient period of time for the city's Comptroller to confer with counsel to the defendants regarding the defendants' settlement position.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Johana Castro (JC 1809)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY FAX
      (212) 763-5001
      Andrew G. Celli, Esq.
      Kennisha A. Austin, Esq.
      Emery Celli Brinckerhoff & Abady, LLP
      Attorneys for Plaintiff
      75 Rockefeller Plaza, 20th Floor
      New York, NY 10019

2